02-11-486-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00486-CV

 

 


 
 
 Texas Department of Aging and Disability Services
 and Denton State Supported Living Center
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Farhat Chishty, as Next Friend of Haseeb Chishty
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 158th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Agreed Motion To Dismiss.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a), 43.2(f).

          

                                                                             PER
CURIAM

PANEL: 
MCCOY,
MEIER, and GABRIEL, JJ. 


 

DELIVERED:
 July 19, 2012









[1]See Tex. R. App. P. 47.4.